Not Confidential

## Memorandum of Telephonic Communication

**Date**: 12/6/2011 **Attorney/Analyst**: JEM

**File No.**: 2011-3249/2011-4261

**Other Party**: Brian Knight **Race**:

**Tel. No.**: 404-656-5063

**Title/Organization**: Georgia Reapportionment Office

**Jurisdiction**: Sumter County School District, Sumter County, GA

**Subject**: 2011 redistricting plan

Mr. Knight called at 4 p.m. on 12/5 and left a brief message requesting a return call.

12/6 8:45 I called a left a detailed voice mail message for Mr. Knight that included my telephone number and a request for the current benchmark plan for the School District with 2010 Census data. I explained what we had received contained 2000 Census data.

I spoke with Mr. Knight and explained what we needed. He advised he hoped to have the 2010 Census overlay on the current plan emailed to vot1973@usdoj.gov by the COB today. I explained time is becoming critical and expressed my appreciation for his timely response.

12/12 Left detailed message requesting 2010 Census data overlay on benchmark. I left my phone in case he has any questions, and the Voting Section email address, if he has the data ready to send.

12/13 I spoke with Tanya and left a detailed message requesting the status of the promised updated of the benchmark overlay with 2010 Census data. I also explained that time was of the essence and I cannot continue to wait for this information to arrive. She explained he was in a meeting until 11 a.m. and that she would give him my message at that time.

**PLAINTIFF'S TRIAL EXHIBIT 029**

**Not Confidential**

## Memorandum of Telephonic Communication

**Date:** 11/16/2011 **Attorney/Analyst:** JEM

**File No.:** 2011-3249/2011-4261

**Other Party:** James M. Skipper **Race:**

**Tel. No.:** 229-924-9316

**Title/Organization:** Counsel for the county

**Jurisdiction:** Sumter County School District, Sumter County, GA

**Subject:** 2011 redistricting plan

Left a brief message requesting a return call.

2:45 Mr. Skipper called and I asked that he provide me with the benchmark map using 2010 Census demographic data derived from census equivalency blocks. We only have maps for the proposed plan. He said he will check to see if this can be provided and he will get back with me.

11/23 Left detailed voice mail message requesting an update on the request for benchmark data.

11/23 Mr. Skipper called a left a voice mail advising he has requested the benchmark data from the state reapportionment office but has not heard back from them since. He had called today but left a message as no one answered the call. He will follow-up when he learns more.

12/5 I spoke with Mr. Skipper about having him submit the current plan with 2010 Census data overlaid. He has provided us with the current plan with 2000 Census data. He said this was too technical for him and he unsuccessfully attempted to place a conference call with his contact at the Georgia Reapportionment Office. He then said he would call back once he had the other party on the line.

**Not Confidential**

## Memorandum of Telephonic Communication

**Date:** 9/26/2011 **Attorney/Analyst:** JEM

**File No.:** 2011-3249

**Other Party:** James M. Skipper, Jr.    **Race:**

**Tel. No.:** 229-924-9316

**Title/Organization:** Counsel for the District

**Jurisdiction:** Sumter County School District, Sumter County, GA

**Subject:**   Act No. 184 (SB154)(2011) which provides for a change in the
method of election to five single member districts and two at-
large seats, a reduction in the number of trustees from nine to
seven and the implementation schedule, the staggering of terms,
and an appointed chairperson.

Mr. Skipper stated he will have to get back to me with information on the
recommendation from the Southern Association of Colleges and
Schools. He is not sure if it was specific to the district or a
more general guideline for districts of a certain population. He
will either call in or email the information. Superintendent
Brooks can be reached at (b)(7)(C)            .

Back in the mid-90's, the City of Americus School District merged with the
county school district. The resulting board was larger to
accommodate both city and county trustees. Now, the trustees
have voted 9-0 to approve the changes and request their adoption
via local legislation. The local representatives presented the
legislature which was signed by the governor with no negative
comments made either locally or, to his knowledge, in the
legislature. He learned just this past Friday late, that the
county/school district redistricting plan has been signed by the
governor and that will be sent in shortly. The vacancy seat is
not up for election until 2014 so the special election will be
called and held in November 2012 and will be submitted next year.
Until the vacancy is permanently filled, under state law the
district has appointed a replacement. District 7 had been
represented by Doug Goodin who is white.

Skipper did not attend the public meetings during which the proposed changes
were discussed but stated there has been no local opposition that
(b)(7) is aware of and the only question (b)( has been asked was from
(b)(7)(C)              who asked about the implementation
schedule. (b)( noted the two at-large seats will not be from posts
or other by any other designation.

## Shaffer, Tracy L (CRT)

| | |
|---|---|
| **From:** | Barbara Luten [bluten@americuslaw.com] |
| **Sent:** | Tuesday, October 11, 2011 2:42 PM |
| **To:** | vot1973c (CRT) |
| **Subject:** | File No. 2011-3249 - Sumter County, Georgia Board of Education (Reduction in Membership of Board) |
| **Attachments:** | Justice Department (Preclearance of Reduction of Membership on Board)(10-11-11).pdf |

Mr. Murray:

Attached is a letter in response to your inquiry to Mr. Skipper in connection with the above referenced file which has been submitted to the United States Department of Justice for pre-clearance. If you have any further questions or need additional information, please contact us.

Thank you.

*Barbara M. Luten, Secretary*
*to Jimmy Skipper*
*Gatewood, Skipper & Rambo, P.C.*
*Post Office Box 488*
*410 West Lamar Street*
*Americus, Georgia 31709*
*Telephone: (229) 924-9316*

**043777**

# GATEWOOD, SKIPPER & RAMBO, P. C.

Attorneys at Law
410 WEST LAMAR STREET
POST OFFICE BOX 488
AMERICUS, GEORGIA  31709

JAMES C. GATEWOOD
JAMES M. SKIPPER, JR.
WILLIAM W. RAMBO
G. BARDIN HOOKS, JR.

TELEPHONE: (229) 924-9316
TELECOPIER: (229) 924-6248
*REAL ESTATE FACSIMILE: (229) 931-9097*

October 11, 2011

*Via E-mail: vot1973c@usdoj.gov*

Mr. James Murray
United States Department of Justice
Room 7254 - NWB
1800 G Street, N.W.
Washington, D.C.  20006

> RE:   **Section 5 Pre-Clearance Request**
> **Sumter County, Georgia Board of Education**
> **Reduction in Membership of the Board**
> **Subject File:  2011-3249**
> **Our File No. 8000/770J**

Dear Mr. Murray:

You had contacted me a week or so ago regarding several questions that you had related to the information which we had submitted on behalf of the Sumter County School District related to pre-clearance of Senate Bill 154, which resulted in a reduction of the number of seats on the Sumter County School Board from nine (9) seats to seven (7) seats. We discussed the underlying history and reasons for those changes in our telephone conversation. In addition, you requested information regarding the statement in the submission that the reduction in the number of seats had been recommended by the Southern Association of Colleges and Schools. As we discussed, that information was provided to me by the School District prior to the original submission. In checking with Dr. Brooks, the School Superintendent, he advises that he cannot locate any specific document in which such recommendation appears; rather, he is of the opinion that the recommendation was submitted to the school system orally by representatives of the Association.

If you have any further questions, please let me know.

Very truly yours,

James M. Skipper, Jr.

JMSjr:bml
Enclosures

cc:   Dr. Roy Brooks, Superintendent,
      Sumter County Board of Education

**043778**

 U.S. Department of Justice

Civil Rights Division

TCH:RSB:JR:JEM:par
DJ 166-012-3
2011-3249
2011-4261

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

October 17, 2011

James M. Skipper, Jr., Esq.
Gatewood, Skipper & Rambo
P.O. Box 488
Americus, Georgia 31709

      Re: Your File No. 8421/770J

Dear Mr. Skipper:

      This refers to Act No. 184 (SB 154) (2011), which provides for a change in the method of election from nine single member districts to five single member districts coterminous with commissioner districts and two seats at-large; a reduction in the number of trustees from nine to seven and the implementation schedule; and a change in the staggering of terms, for the Sumter County School District in Sumter County, Georgia, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. We received your submission on August 18, 2011; additional information was received on October 11, 2011.

      We understand that the school board districting plan has been enacted and signed by the governor. Our records do not indicate that this change affecting voting has been submitted to the United States District Court for the District of Columbia for judicial review or to the Attorney General for administrative review as required by Section 5 of the Voting Rights Act of 1965. Accordingly, it must either be brought before that federal district court or submitted to the Attorney General for a determination that it has neither the purpose nor will have the effect of discriminating on account of race, color, or membership in a language minority group. Changes that affect voting are legally unenforceable unless and until the appropriate Section 5 determination has been obtained. *Clark* v. *Roemer*, 500 U.S. 646 (1991); Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.10.

      Because the changes now before us and the unsubmitted changes are directly related, they must be reviewed simultaneously. Accordingly, it would be inappropriate for the Attorney General to make a determination on the instant changes until the related changes have been submitted for Section 5 review. 28 C.F.R. 51.22(b) and 51.35.

      Should you elect to make a submission to the Attorney General for administrative review rather than seek a declaratory judgment from the District Court for the District of Columbia, it should be made in accordance with Subparts B and C of the Procedures. At that time we will review all changes simultaneously; however, any documentation previously provided need not be resubmitted.

**043779**

-2-

    To enable us to meet our responsibility to enforce the Voting Rights Act, please inform us of the action the Sumter County School District plans to take concerning these matters. If you have any questions, you should call Joseph E. Murray (b)(7)(C)     of our staff. Refer to File Nos. 2011-3249 and 2011-4261 in any response to this letter so that your correspondence will be channeled properly.

Sincerely,

T. Christian Herren, Jr.
Chief, Voting Section

**McCorkle, Perry C (CRT)**

| | |
|---|---|
| **From:** | Dianne Coody [dcoody@americuslaw.com] |
| **Sent:** | Thursday, October 20, 2011 1:11 PM |
| **To:** | vot1973c (CRT) |
| **Cc:** | Jimmy Skipper |
| **Subject:** | Subject File Nos. 2011-3249 and 2011-4261 - Section 5 Pre-Clearance Request - Sumter County, Georgia Board of Education - Reduction in Membership of the Board |
| **Attachments:** | 20111020131224951.pdf |

Jimmy Skipper asked that I email the attached to you.

Dianne Coody
Gatewood, Skipper & Rambo, P.C.
P. O. Box 488
410 W. Lamar Street
Americus, Georgia 31709
dcoody@americuslaw.com


-----Original Message-----
From: Dianne [mailto:dcoody@americuslaw.com]
Sent: Thursday, October 20, 2011 1:12 PM
To: Dianne
Subject: Message from "RNP0026732F79BF"

This E-mail was sent from "RNP0026732F79BF" (Aficio MP C5501).

Scan Date: 10.20.2011 13:12:24 (-0400)
Queries to: ame327@americuslaw.com

1

# GATEWOOD, SKIPPER & RAMBO, P. C.

Attorneys at Law
410 WEST LAMAR STREET
POST OFFICE BOX 488
AMERICUS, GEORGIA 31709

JAMES C. GATEWOOD
JAMES M. SKIPPER, JR.
WILLIAM W. RAMBO
G. BARDIN HOOKS, JR.

TELEPHONE: (229) 924-9316
TELECOPIER: (229) 924-6248
REAL ESTATE FACSIMILE: (229) 931-9097

October 18, 2011

*Via Fax No. (202) 616-9514*

Judith Reed, Esquire
United States Department of Justice
Civil Rights Division
Voting Section – NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE:   Subject File Nos: 2011-3249 and 2011-4261
Section 5 Pre-Clearance Request
Sumter County, Georgia Board of Education
Reduction in Membership of the Board
Our File No. 8421/770J

Dear Ms. Reed:

This will acknowledge receipt of your letter of October 17, 2011, regarding the above referenced matters.

You are correct that the Georgia General Assembly, during a recently concluded Special Session, adopted new district maps for the Sumter County School District based upon legislation reducing the number of members on the School Board from nine (9) to seven (7). That legislation reducing the number of members on the School Board was adopted during the regular Legislative Session, and was signed into law by the Governor on May 12, 2011. Therefore, that legislation was submitted to the Justice Department first for pre-clearance.

The redistricting of the School Districts that was passed by the General Assembly during the recent Special Session and signed into law on September 21, 2011, is in the process of being prepared for submission for pre-clearance. The reason it has not yet been submitted is simply because I am in the process of submitting four (4) pre-clearance requests for various public entities which I represent at the present time. I am working on all of them simultaneously, and I have just not been able to finish all of them for pre-clearance submission yet. The Sumter County School District's redistricting Plan, along with the other three that I am working on for other clients, should be submitted to you within the next week or so, so you will be able to

Judith Reed, Esquire
United States Department of Justice

October 18, 2011
Page 2

consider all of the changes for the Sumter County School District at the same time as you have now requested..

I have also contacted Mr. Joseph E. Murray of your staff and advised him of this response.

If you have any questions, please let me know.

Very truly yours,

James M. Skipper, Jr.

JMSjr:bml

cc:    Mr. Joseph E. Murray
       *Via e-mail:* *voti1973c@usdoj.gov*

043783

# GATEWOOD, SKIPPER & RAMBO, P. C.

Attorneys at Law
410 WEST LAMAR STREET
POST OFFICE BOX 488
AMERICUS, GEORGIA 31709

JAMES C. GATEWOOD
JAMES M. SKIPPER, JR.
WILLIAM W. RAMBO
G. BARDIN HOOKS, JR.

TELEPHONE: (229) 924-9316
TELECOPIER: (229) 924-6248
REAL ESTATE FACSIMILE: (229) 931-9097

October 18, 2011

*Via Fax No. (202) 616-9514*

Judith Reed, Esquire
United States Department of Justice
Civil Rights Division
Voting Section – NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE: Subject File Nos: 2011-3249 and 2011-4261
Section 5 Pre-Clearance Request
Sumter County, Georgia Board of Education
Reduction in Membership of the Board
Our File No. 8421/770J

Dear Ms. Reed:

This will acknowledge receipt of your letter of October 17, 2011, regarding the above referenced matters.

You are correct that the Georgia General Assembly, during a recently concluded Special Session, adopted new district maps for the Sumter County School District based upon legislation reducing the number of members on the School Board from nine (9) to seven (7). That legislation reducing the number of members on the School Board was adopted during the regular Legislative Session, and was signed into law by the Governor on May 12, 2011. Therefore, that legislation was submitted to the Justice Department first for pre-clearance.

The redistricting of the School Districts that was passed by the General Assembly during the recent Special Session and signed into law on September 21, 2011, is in the process of being prepared for submission for pre-clearance. The reason it has not yet been submitted is simply because I am in the process of submitting four (4) pre-clearance requests for various public entities which I represent at the present time. I am working on all of them simultaneously, and I have just not been able to finish all of them for pre-clearance submission yet. The Sumter County School District's redistricting Plan, along with the other three that I am working on for other clients, should be submitted to you within the next week or so, so you will be able to

043784

Judith Reed, Esquire
United States Department of Justice

October 18, 2011
Page 2

consider all of the changes for the Sumter County School District at the same time as you have now requested..

I have also contacted Mr. Joseph E. Murray of your staff and advised him of this response.

If you have any questions, please let me know.

Very truly yours,

James M. Skipper, Jr.

JMSjr:bml

cc:     Mr. Joseph E. Murray
        *Via e-mail:* vot1973c@usdoj.gov

# GATEWOOD, SKIPPER & RAMBO, P. C.

Attorneys at Law
410 WEST LAMAR STREET
POST OFFICE BOX 488
AMERICUS, GEORGIA 31709

SECTION 5 SUBMISSION

NO. *2011-3257*

JAMES C. GATEWOOD
JAMES M. SKIPPER, JR.
WILLIAM W. RAMBO
G. BARDIN HOOKS, JR.

TELEPHONE: (229) 924-9316
TELECOPIER: (229) 924-6248
*REAL ESTATE FACSIMILE: (229) 931-9097*

October 28, 2011

*Via United States Parcel Service*
*Tracking No. 1Z 3X2 830 22 1004 3188*

Chief, Voting Section
Civil Rights Division
Room 7254 - NWB
United States Department of Justice
1800 G Street, N.W.
Washington, D.C. 20006

SECTION 5 SUBMISSION

NO. *2011-4261*

RE:   **Submission of Sumter County Board of Education**
**Pre-Clearance of Redistricting Plan Under 2010 Census**
**Submission Under Section 5 of the Voting Rights Act**
**Your File No. 2011-4261**
**Our File No. 8421/994J**

Gentlemen:

This firm represents the Sumter County Board of Education, and this submission is made on behalf of that entity.

During its 2011 Special Session, the Georgia General Assembly passed Senate Bill 4EX, which establishes new districts for Members of the Board of Education of Sumter County based upon the 2010 census. The existing redistricting plan, based upon the 2000 decennial census, was approved and was pre-cleared by the United States Department of Justice in 2002. The new redistricting plan for which pre-clearance is sought, is known as plan name SumterCCSB-2011.

## Background Information:

In the 2011 regular session of the Georgia General Assembly, local legislation was adopted on behalf of the Sumter County Board of Education that began the process of reducing the size of the Board from nine members to seven members over two election cycles. As part of that legislation, the Board of Education is to have five election districts with five members, and two Board of Education Members are to be elected from the county at large, for a total of seven members. The five election districts for the Board of Education are to be the same as the five election districts for the Sumter County Board of Commissioners, mainly to reduce confusion

043786

United States Department of Justice
October 28, 2011

Page 2

and complications at the ballot box. In addition, the two at-large members were added to match the redistricting structure adopted by the Sumter County Board of Commissioners. The legislation was adopted, as stated, during the regular 2011 session of the Georgia General Assembly as Senate Bill 154, and has been previously submitted to your office for pre-clearance under Section 5 of the Voting Rights Act of 1965, as amended. (File No. 2011-3249).

As far as the specific redistricting plan under the 2010 census that is being submitted for pre-clearance, all of the five districts are single-member districts with staggered terms of four years each. A chairperson is elected by the Board from its membership and does not have to be one of the members elected at-large.

Under the 2000 census, Sumter County had a total population of 33,200 persons, of which 16,276 (49.02%) were African American. The 2000 census voting age population (VAP) for Sumter County was 23,968, of which 10,715 (44.71%) were African American. Under the 2010 census, Sumter County had a total population to 32,819 persons, of which 17,200 (52.41%) were African American. The 2010 census VAP for Sumter County was 24,518, of which 11,884 (48.47%) were African American. According to the total population figures, each of the five Board of Education districts should contain 6,563 people to the extent possible.

A copy of the breakdown of black and white voters in the nine districts approved after the 2000 decennial census, which is attached hereto as a part of Exhibit "A," shows that under the 2000 census there were three majority black districts with the black VAP in excess of 67% (District 4, District 8, and District 9), there was one district (District 1) with a black VAP of 50.23%, and the remaining five districts had a majority white VAP. Nevertheless, six African Americans currently hold seats on the Board even though only four districts have a majority black VAP.

Under the 2010 redistricting plan, which is the subject of this submission, the reduction from nine members to seven members means that there will be two districts (District 1 and District 5) which have African American populations in excess of 63%. There will be one African American influenced district (District 4) with a black VAP of 44.24%. The remaining two districts (District 2 and District 3) have a black VAP of 30.51% and 36.42%, respectively.

It should be noted that African Americans in Sumter County have succeeded in being elected to the School Board, even in districts where the black VAP is less than 50%. For example, in the 2010 general election, Mr. Kelvin Pless, a black man, defeated Donna Minich, a white woman and the incumbent, in the District 3 Board of Education race. Under the 2000 redistricting plan, District 3 had a 45.76% black VAP. Despite this apparent disadvantage, Mr. Pless defeated the incumbent and won the election with over 55% of the total votes cast.

United States Department of Justice
October 28, 2011

Page 3

Given the fact that Sumter County now has a black VAP of 48.47%, it certainly becomes logical that two out of the five new districts would have a black VAP in excess of 63%, while one district would serve as an influence district with a black VAP of 44.24%. The population deviations for the five new districts are -2.00%, 1.39%, -0.26%, 1.77%, and -0.84%, and are, therefore, within allowable deviation limits.

### Approval of Plan At Local and State Levels

The redistricting plan as passed by the General Assembly and as submitted for pre-clearance was approved by the Sumter County Board of Education by a 4-3 vote. In doing so, the Board adopted a Resolution requesting introduction of the redistricting plan as local legislation during the 2011 Special Session of the Georgia General Assembly. The Board undertook to receive input from the public with respect to the plan with at least two public hearings regarding the redistricting plans prior to the plan being adopted by the local Board. In addition, the redistricting plans were displayed in various public locations around Sumter County during the month prior to the adoption of the redistricting plan by the local Board. Further, the Sumter County Board of Commissioners also held several public hearings regarding the redistricting plan since the actual redistricting plan for the Sumter County Board of Commissioners is the same as the redistricting plan for the Sumter County Board of Education. At the State level, the legislation was introduced as Senate Bill 4EX and was approved by the Georgia Senate on August 25, 2011. It was approved by the Georgia House on August 31, 2011 and was signed by the Governor on September 21, 2011. It was designated as Act 7EX.

None of the districts that constitute the submitted plan were drawn based solely upon racial consideration; however, race was taken into account in connection with the overall population for Sumter County. This redistricting plan embarks the Board of Education upon a new course as a result of the reduction of membership on the Board from nine members to seven members over the next two election cycles. It would appear that any time there is a reduction in the total number of members of a Board, such as the Sumter County Board of Education, there would be a substantial change not only in the number of persons represented by each elected Board member, but also in the districts they represent because of the different geographic configurations required for a five member Board with two members elected at large as opposed to the required geographic configurations of a nine member Board with all members elected by district. It should be kept in mind that the reduction in size of the Board was approved by a unanimous vote of the Board of Education.

Finally, from a voter's perspective, the requirement that the five districts for the Board of Education and the 5 districts for the Board of Commissioners be the same from a geographical standpoint is a very important consideration. In the past, there has been a greater likelihood of

United States Department of Justice
October 28, 2011

Page 4

voter confusion because districts for the two elected Boards were overlapping and inconsistent. Consolidating the districts for the two Boards so that a voter living in District 1 for Board of Commissioners purposes also lives in District 1 for Board of Education purposes cannot be overstated in importance for the voter and for encouraging voter participation on election day.

## **Enclosed Documentation**

With respect to this submission, I am enclosing the documents listed on Exhibit "A" to this submission for your consideration.

## **Request For Expedited Consideration**

We would respectfully request expedited consideration for this submission of your existing rules and regulations.

Thank you for your consideration, and, as always, if there is any other information that you would like to have provided, please let me know as soon as possible.

Very truly yours,

James M. Skipper, Jr.

JMSjr:bml
Enclosures

cc:     Mr. Sam Olens, Attorney General, State of Georgia
        Ms. Linda Ford, Director, Secretary of State Elections Division
        Dr. Roy Brooks, Superintendent, Sumter County Board of Education

## Exhibit "A"
## Enclosed Documentation

| Exhibit | Description |
|---|---|
| 1 | Senate Bill 4EX (Signed by the Governor on September 21, 2011) |
| 2 | Statistical information on Sumter County Board of Education Districts based on 2000 decennial census |
| 3 | Statistical information on Sumter County Board of Education Districts based on 2010 decennial census |
| 4 | Resolution of the Sumter County Board of Education Requesting the Local Legislative Delegation for Sumter county to Introduce a Sumter County Board of Education Redistricting Plan at a Special Session of the Georgia General Assembly in August, 2011 (Resolution adopted August 11, 2011) |
| 5 | Copy of "Notice of Intent to Introduce Local Legislation" which was published in the *Americus Times-Recorder* on August 12, 2011 |
| 6 | Notice of Called Meeting of the Sumter County Board of Education on July 27, 2011 |
| 7 | Notice of Called Meeting of the Sumter County Board of Education and the Sumter County Board of Commissioners on July 28, 2011 |
| 8 | Maps of Proposed Districts with Overlay of Sum92cc (Plan: sumtercc-prop1. Type: Local) |
| 9 | List of names, addresses, and races of the current School Superintendent and each current member of the Sumter County Board of Education |
| 10 | Minutes of Called Meeting of the Sumter County Board of Education on July 27, 2011 |
| 11 | Minutes of Regular Meeting of the Sumter Board of Education on August 11, 2011 |

weight limit for envelopes
e, urgent docu...
ir service
han those
applicable

ior shipment.

ess Envelope may
here is no limit on t...

end letters weighing
Day Air services, UPS t...
are subject to the corresp...

with the follo

not use th
Ground
Standar
3 Day S
Worldwi

EXPRESS
(INT'L)

DOCUMENTS
ONLY

SATURDAY DELIVERY

UPS
ACCOUNT
NO.
(b)(7)(C)

1Z 3X2 630 22 1004 3188

1Z 3X2 630 22 1004 3188

229-924-9316

James B. Skipper, Jr.

WHITEWOOD, SKIPPER, AND RAMBO

**410 W LAMAR ST**

**AMERICUS** GA 31709-3473

**UPS Next Day Air** **1**

1Z 3X2 630 22 1004 3188

Chief, Voting Section
Civil Rights Division
UNITED STATES DEPARTMENT OF JUSTICE

Washington, D.C.

1Z 3X2 630 22 1004 3188

envelope a
to another

mental platfor...
ess practices w...
nade from 100...
nd recyclable.

0101911202609 1/10 S United Parcel Service, Louisville, KY

SHIPMENT
ID NUMBER 3X28 307B 84P

**043791**

**U.S. Department of Justice**

Civil Rights Division

TCH:RSB:JR:JEM:par
DJ 166-012-3
2011-3249
2011-4261

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

**JAN 0 3 2012**

James M. Skipper, Jr., Esq.
Gatewood, Skipper & Rambo
P.O. Box 488
Americus, Georgia 31709

Dear Mr. Skipper:

Re: Your File Nos. 8421/770J and 8421/994J

This refers to Act No. 184 (SB 154) and Senate Bill 4EX (2011), which provide for the reduction in the number of trustees from nine to seven; a change in the method of election from nine to five single member districts coterminous with commissioner districts and two at-large seats; the implementation schedule and the change in the staggering of terms; and the resulting 2011 redistricting plan, for the Sumter County School District in Sumter County, Georgia, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. We received your submissions on November 1, 2011; additional information was received through December 13, 2011.

Our analysis indicates that the information sent is insufficient to enable us to determine that the proposed changes have neither the purpose nor will have the effect of denying or abridging the right to vote on account of race, color, or membership in a language minority group, as required under Section 5. The following information is necessary so that we may complete our review of your submission:

1. Election returns, by precinct, for all elections from 2002 to present, including primary, runoff, and general elections, in which a minority candidate has participated. For such each election, please provide the following:

a. each candidate's name, race, and office/position sought (indicate incumbent(s), if any, and whether incumbency was by election or appointment;
b. the number of votes, by voting precinct, that each candidate received, and the winners of each contest;
c. the total number of registered voters, by voting precinct and by race, at the time of each election identified above;
d. the total number of voters who cast a ballot, by voting precinct and by race, and

e. the current number of registered voters, by race and by precinct.

If exact numbers by race and party are not available for your responses above, provide your best estimate and the basis for that estimate. If available, please provide the data in electronic format (.dbf, .xls, or .txt files)

2. A detailed description of all efforts made by the county, both formal and informal, to secure the views of the public, including the minority community, regarding the proposed changes. Please provide the substance of any comments or suggestions received, both before and after the changes were adopted, the names and daytime telephone numbers of the persons making any such comments or suggestions, and the county's response, if any.

3. Copies of all newspaper articles, editorials, letters to the editor, and advertisements, as well as any other publicity that address or describe or discuss the process or proposed changes.

4. A listing of the current home address or other means to indicate the current residence of each incumbent trustee.

5. The factual basis for the county's conclusion that the proposed changes will not result in a retrogression in the level of minority voting strength in the school district.

The Attorney General has sixty days to consider a completed submission pursuant to Section 5. This sixty-day review period will begin when we receive the information specified above. Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.37. However, if no response is received within sixty days of this request, the Attorney General may object to the proposed changes consistent with the burden of proof placed upon the submitting authority. 28 C.F.R. 51.40 and 51.52(a) and (c). Changes that affect voting are legally unenforceable unless and until the appropriate Section 5 determination has been obtained. *Clark* v. *Roemer*, 500 U.S. 646 (1991); 28 C.F.R. 51.10. Therefore, please inform us of the action the district plans to take to comply with this request.

If you have any questions concerning this letter or if we can assist you in obtaining the requested information, please call Joseph E. Murray (202-616-2340) of our staff. Refer to File Nos. 2011-3249 and 2011-4261 in any response to this letter so that your correspondence will be channeled properly.

Sincerely,

T. Christian Herren, Jr.
Chief, Voting Section

## Shaffer, Tracy L (CRT)

| | |
|---|---|
| **From:** | Barbara Luten [bluten@americuslaw.com] |
| **Sent:** | Thursday, January 19, 2012 4:15 PM |
| **To:** | vot1973c (CRT) |
| **Cc:** | #1 Jimmy Skipper |
| **Subject:** | Sumter County, Georgia Board of Education - File Nos. 2011-3249 and 2011-4261 |
| **Attachments:** | Justice Department (File Nos. 2011-3249 and 2011-4261)(1-19-12).pdf |

Gentlemen:

Please see attached letter regarding our previous submissions for pre-clearance in the above referenced file numbers on behalf of the Sumter County, Georgia Board of Education.

If you have any questions, please contact James M. Skipper, Jr. at the address below or at his e-mail address of jskipper@americuslaw.com.

Thank you.

*Barbara M. Luten, Secretary*
*to Jimmy Skipper*
*Gatewood, Skipper & Rambo, P.C.*
*Post Office Box 488*
*410 West Lamar Street*
*Americus, Georgia 31709*
*Telephone: (229) 924-9316*

1

# GATEWOOD, SKIPPER & RAMBO, P. C.

**Attorneys at Law**
410 WEST LAMAR STREET
POST OFFICE BOX 488
AMERICUS, GEORGIA 31709

JAMES C. GATEWOOD
JAMES M. SKIPPER, JR.
WILLIAM W. RAMBO
G. BARDIN HOOKS, JR.

TELEPHONE: (229) 924-9316
TELECOPIER: (229) 924-6248
*REAL ESTATE FACSIMILE: (229) 931-9097*

January 19, 2012

*Via e-mail: vot1973c@usdoj.gov*
*and via First Class United States Mail*

Chief, Voting Section
Civil Rights Division
Room 7254 - NWB
United States Department of Justice
1800 G Street, N.W.
Washington, D.C. 20006

Mr. T. Christian Herren, Jr.
Chief, Voting Section
U.S. Department of Justice
Civil Rights Division
Voting Section – NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

> **RE:** **Submission of Sumter County Board of Education**
> **Pre-Clearance of Redistricting Plan Under 2010 Census**
> **Submission Under Section 5 of the Voting Rights Act**
> **Our File Nos. 8421/770J and 8421/994J**
> **Your File Nos. 2011-3249 and 2011-4261**

Gentlemen:

By letter dated January 3, 2012, the Justice Department requested additional information regarding the above referenced files now pending in connection with pre-clearance submissions to the Justice Department on behalf of the Sumter County Board of Education. My office has prepared responses in order to provide you with the additional information which you requested.

However, please be advised that I was directed by a majority vote of the Sumter County Board of Education at a meeting held on January 18, 2012, that the School Board wishes to withdraw its submissions for pre-clearance of Senate Bill 154 and Senate Bill 4EX, both of which were adopted during the 2011 Regular Session and the 2011 Special Session, respectively, of the Georgia General Assembly.

United States Department of Justice
January 19, 2012

Page 2

You should receive official notice of this decision directly from the Chair of the School Board in writing within the next few days.

Finally, please be advised that I no longer serve as local legal counsel to the Board, so until further notice, all correspondence with the School Board regarding such pre-clearance matters should be directed to the School Superintendent, as follows:

Dr. Roy Brooks, Superintendent
**Sumter County Board of Education**
100 Learning Lane
Americus, Georgia 31719
Telephone:   (229) 931-8500

Thank you for your consideration.

Very truly yours,

James M. Skipper, Jr.

JMSjr:bml

cc:   Dr. Roy Brooks, Superintendent
      Sumter County Board of Education

**Shaffer, Tracy L (CRT)**

| | |
|---|---|
| **From:** | Maurice Luther King, Jr. [(b)(7)(C)] |
| **Sent:** | Tuesday, January 31, 2012 3:14 PM |
| **To:** | vot1973c (CRT) |
| **Subject:** | Submission of Sumter County Board of Education 2011-3249 and 2011-4261 |

January 31, 2012

T. Christian Herren, Jr.
Chief, Voting Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Joseph E. Murray
Voting Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE:     Submission of Sumter County Board of Education
        Pre-Clearance of Redistricting Plan Under 2010 Census
        Submission Under Section 5 of the Voting Rights Act
                File No.: 2011-3249 and 2011-4261

Dear Gentlemen:

    On January 18, 2012, a majority of the board members for the Sumter County Board of
Education voted to request that their attorney withdraw their submission to the United States
Department of Justice. The purpose of this letter is to confirm that the submission has been
withdrawn.

    Under Georgia law, the votes of a majority of the members of the school board decide
issues for the school board. O.C.G.A. §20-2-57 (a), in relevant part, states: "A majority of
the local board shall constitute a quorum for the transaction of business. The votes of a
majority of the members present shall be necessary for the transaction of any business or
discharge of any duties of the local board of education, provided there is a quorum present."

    Please note that any future correspondence regarding the above-referenced matter should
be directed to my office as I am now the school board attorney for the Sumter County Board of
Education.

Sincerely,

THE LAW OFFICES OF MAURICE LUTHER KING, JR.,P.C.

MAURICE LUTHER KING, JR.
ATTORNEY AT LAW
MLK,jr:sdj
C: Ms. Edith Green, Chairperson, Sumter County Board of Education


NOTICE:   This email and all attachments are CONFIDENTIAL and intended
SOLELY for the recipients as identified in the "To", "Cc" and "Bcc"
lines of this email.  If you are not an intended recipient, your receipt of this email and
its attachments is the result of an inadvertent disclosure of unauthorized transmittal.

Sender reserves and asserts all rights to confidentiality, including all privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and its attachments. Please call (229) 639-0619 should you have any questions.

043798

**The Law Offices of Maurice Luther King, Jr., P.C.**
Albany, Georgia 31708-2071
(229) 639-0619
Fax: (229) 639-0837
Email: (b)(7)(C)

SECTION 5 SUBMISSION

NO. 2011-3249

## FAX COVER SHEET
### FAX NUMBER TRANSMITTED TO: 202-307-9934

To:   Mr. Joseph Murray
From: Maurice King
Matter: Sumter County Georgia School District, File # 2011-3249
and 2011-4261
Date: 2/1/2012

| DOCUMENTS | NUMBER OF PAGES* |
|-----------|------------------|
| Fax Sheet | 1 |
| Letter | 1 |
| | |

COMMENTS:

Dear Mr. Murray:

   Please see the attached.

                    Sincerely,

              Maurice Luther King, Jr.

**CONFIDENTIALITY NOTICE:** The information contained in this fax message is legally privileged confidential information which is intended only for the party it is sent to. If the recipient of this fax is not the party it was sent to, you are hereby notified that any dissemination, distribution, or copy of this fax is strictly prohibited. If this transmission is received in error, please call (229) 639-0619 immediately upon receipt. Thank you.

2012 FEB -1 PM 1: 44
CIVIL RIGHTS DIVISION

The
# LAW OFFICES OF MAURICE LUTHER KING, JR., P.C

609 Pine Avenue
ALBANY, GEORGIA 31701
TELEPHONE (229) 639-0619
TELECOPIER (229)639-0837
E-mail (b)(7)(C)

MAURICE L. KING, JR., J.D., M.P.A

MAILING ADDRE S:
POST OFFICE BOX 120 1
ALBANY, GEORGIA 31708-20 1

January 31, 2012

T. Christian Herren, Jr.
Chief, Voting Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Joseph E. Murray
Voting Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE:  **Submission of Sumter County Board of Education**
     **Pre-Clearance of Redistricting Plan Under 2010 Census**
     **Submission Under Section 5 of the Voting Rights Act**
     **File No.: 2011-3249 and 2011-4261**

Dear Gentlemen:

On January 18, 2012, a majority of the board members for the
Sumter County Board of Education voted to request that their
attorney withdraw their submission to the United States Department
of Justice. The purpose of this letter is to confirm that the
submission has been withdrawn.

Under Georgia law, the votes of a majority of the members of the
school board decide issues for the school board. O.C.G.A. § 0-2-57
(a), in relevant part, states: "A majority of the local board shall
constitute a quorum for the transaction of business. The votes of a
majority of the members present shall be necessary for the
transaction of any business or discharge of any duties of the local
board of education, provided there is a quorum present."

Please note that any future correspondence regarding the above-
referenced matter should be directed to my office as I am now the
school board attorney for the Sumter County Board of Education.

Sincerely,

THE LAW OFFICES OF MAURICE LUTHER KING, JR., P.C.

BY: _____
    MAURICE LUTHER KING, JR
    ATTORNEY AT LAW

MLK,jr:sdj
C: Ms. Edith Green, Chairperson, Sumter County Board of Education

**043800**

**McCorkle, Perry C (CRT)**

| | |
|---|---|
| **From:** | Maurice Luther King, Jr. [(b)(7)(C)] |
| **Sent:** | Wednesday, February 01, 2012 2:21 PM |
| **To:** | vot1973c (CRT) |
| **Subject:** | Submission of Sumter County Board of Education  File No.: 2011-3249 and 2011-4261 |

February 1, 2012


T. Christian Herren, Jr.
Chief, Voting Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Joseph E. Murray
Voting Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE:   Submission of Sumter County Board of Education
      Pre-Clearance of Redistricting Plan Under 2010 Census
      Submission Under Section 5 of the Voting Rights Act
            File No.: 2011-3249 and 2011-4261

Dear Gentlemen:

    The purpose of this letter is to formally notify the United States Department of Justice
that the Sumter County Board of Education, by majority vote or about January 18, 2012, voted
to withdraw the submission in the above-referenced matter, and hereby withdraws the
submission.

    If this letter is not sufficient to withdraw the above-referenced submission, please let
me know.  Also, I have enclosed a copy of a letter addressed to some of the board members who
voted to withdraw the submission.

     If you should have any questions and/or comments regarding same, or if something is
amiss, please feel free to write or call me.

Sincerely,

THE LAW OFFICES OF MAURICE LUTHER KING, JR.,P.C.


BY:  MAURICE LUTHER KING, JR.
       ATTORNEY AT LAW

MLK,jr:sdj
Enclosure
C: Ms. Edith Green, Chairperson, Sumter County Board of Education
(w/enclosure)

NOTICE:  This email and all attachments are CONFIDENTIAL and intended
SOLELY for the recipients as identified in the "To", "Cc" and "Bcc"

1

**043801**

lines of this email.  If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure of unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email.  DO NOT review, copy, or rely on in any way the contents of this email and its attachments.  Please call (229) 639-0619 should you have any questions.

2

**THE LAW OFFICES OF MAURICE LUTHER KING, JR., P.C.**
**Albany, Georgia 31708-2071**
**(229) 639-0619**
**Fax: (229) 639-0837**
**Email:** (b)(7)(C)

## FAX COVER SHEET

## FAX NUMBER TRANSMITTED TO: 202-307-9934

**To: Mr. Joseph Murray**
**From: Maurice Luther King, Jr.**
**Matter: Sumter County Georgia School District File Nos. 2011-3249 &4261**
**Date:02/01/2012**

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Fax Sheet | 1 |
| Letter | 1 |
| Attachment | 1 |
| | |

**COMMENTS:**

**Dear Mr. Murray:**

    **Please see attached. Thank you.**

**CONFIDENTIALITY NOTICE: The information contained in this fax message is legally privileged confidential information which is intended only for the party it is sent to. If the recipient of this fax is not the party it was sent to, you are hereby notified that any dissemination, distribution, or copy of this fax is strictly prohibited. If this transmission is received in error, please call (229) 639-0619 immediately upon receipt. Thank you.**

The
## LAW OFFICES OF MAURICE LUTHER KING, JR., P.C.

609 Pine Avenue
ALBANY, GEORGIA 31701
TELEPHONE (229) 639-0619
TELECOPIER (229) 639-8037
E-mail (b)(7)(C)

MAURICE L. KING, JR., J.D., M.P.A.

MAILING ADDRESS:
POST OFFICE BOX 720 1
ALBANY, GEORGIA 31708-20 1

February 1, 2012

T. Christian Herren, Jr.
Chief, Voting Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Joseph E. Murray
Voting Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE:   **Submission of Sumter County Board of Education**
      **Pre-Clearance of Redistricting Plan Under 2010 Census**
      **Submission Under Section 5 of the Voting Rights Act**
      **File No.: 2011-3249 and 2011-4261**

Dear Gentlemen:

    The purpose of this letter is to formally notify the United
States Department of Justice that the Sumter County Board of
Education, by majority vote on about January 18, 2012, voted to
withdraw the submission in the above-referenced matter, and hereby
withdraws the submission.

    If this letter is not sufficient to withdraw the above-referenced
submission, please let me know.  Also, I have enclosed a copy of a
letter addressed to some of the board members who voted to withdraw
the submission.

    If you should have any questions and/or comments regarding same,
or if something is amiss, please feel free to write or call me.

                    Sincerely,

                    THE LAW OFFICES OF MAURICE LUTHER KING, JR. P.C.

                    BY: _____
                        MAURICE LUTHER KING, JR.
                        ATTORNEY AT LAW

MLK,jr:sdj
Enclosure
C: Ms. Edith Green, Chairperson, Sumter County Board of Education
(w/enclosure)

043804



**U.S. Department ᴏ Justice**

Civil Rights Division

TCH:RSB:JR:JEM:maf
DJ 166-012-3
2011-3249
2011-4261

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

February 15, 2012

Maurice Luther King, Jr., Esq.
P.O. Box 72071
Albany, Georgia 31708-2071

Dear Mr. King:

This refers to Act No. 7EX (S.B. 4EX)(2011), which provides for the 2011 redistricting plan; and Act No. 184 (S. B. 154) (2011), which provides for the change in the method of election from nine single member districts to five single member districts coterminous with commissioner districts and two seats at-large; the reduction in the number of trustees from nine to seven and the implementation schedule; and the change in staggering of terms, for the Sumter County School District in Sumter County, Georgia, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. We received your submissions on November 1, 2011; additional information was received on February 1, 2012.,

Your January 31, 2012, letter withdraws these submission from Section 5 review. Accordingly, no determination by the Attorney General is required concerning these matters. Procedures for the Administration of Section 5 of the Voting Rights of 1965, 28 C.F.R. 51.25(a).

Sincerely,

T. Christian Herren, Jr.
Chief, Voting Section

# GATEWOOD, SKIPPER & RAMBO, P. C.

Attorneys at Law
410 WEST LAMAR STREET
POST OFFICE BOX 488
AMERICUS, GEORGIA 31709

JAMES C. GATEWOOD
JAMES M. SKIPPER, JR.
WILLIAM W. RAMBO
G. BARDIN HOOKS, JR.

TELEPHONE: (229) 924-9316
TELECOPIER: (229) 924-6248
*REAL ESTATE FACSIMILE: (229) 931-9097*

August 17, 2011

*Via Overnight Courier*
*United Parcel Service*
*Tracking No. 1Z 3X2 830 22 1004 3204*

Chief. Voting Section
Civil Rights Division
Room 7254 - NWB
Department of Justice
1800 G Street, N.W.
Washington, D.C. 20006

RE:   **Section 5 Pre-Clearance Request**
**Sumter County Board of Education – Reduction of Membership**
**2011 Session, Georgia General Assembly**
**Our File No. 8421/770J**

Gentlemen:

This firm represents the Sumter County Board of Education, and this pre-clearance request is submitted on behalf of that entity.

During the 2011 Session of the Georgia General Assembly, the General Assembly adopted local legislation reducing the number of members elected to the Sumter County Board of Education from nine (9) members to seven (7) members. The legislation was requested by a unanimous vote of the local Board of Education adopted December 9, 2010. A true and accurate copy of that Resolution of the Board of Education is attached as Exhibit "A."

A copy of the legislation introduced as Senate Bill 154 by Senator Hooks of the 14th Senatorial District is attached hereto as Exhibit "B." The basic provisions of the legislation which we are seeking to pre-clear are as follows:

(1)   The membership on the Board of Education will be reduced over two (2) election cycles from nine (9) members to seven (7) members.

(2)   Five (5) members of the Board of Education will be elected from districts that are geographically identical to the five (5) election districts for the Sumter County Board of Commissioners.

(3)   Two (2) members of the Board of Education will be elected from at-large districts.

**043806**

United States Department of Justice
August 17, 2011

Page 2

      (4)    The Chair of the Board of Education, as well as the other officers of the Board, will be elected by the Board members themselves.

      The underlying reason for the change from nine (9) members to seven (7) members is that the Board has discovered that, for a county and school system the size of Sumter County, having nine (9) members on the Board of Education is unwieldy. I have also been advised that the change from nine (9) members to seven (7) members has also been recommended by the Southern Association of Colleges and Schools, which is the educational accrediting agency for the Sumter County Board of Education. The purpose of making the five (5) School Board districts the same as the County Commission districts is to reduce voter confusion that results from overlapping districts in two separate County offices. One of the reasons for the two (2) at-large districts is to allow for the five (5) districts for the Board of Education to be consistent with the five (5) districts of the Sumter County Board of Commissioners, and without those two (2) at-large districts, making those two sets of districts the same would likely be difficult, if not impossible.

      I am also enclosing the following additional documents related to this submission:

      (a)    Copy of the Notice of Intention to Introduce Local Legislation which was published in the local legal organ as required by law on February 4, 2011 (attached as Exhibit "C.")

      (b)    A list of the names, addresses, telephone numbers, and races of the current members of the Sumter County Board of Education (attached as Exhibit "D.") Included on that list is also the contact information for Dr. Roy Brooks, who is the Superintendent of Schools for the Sumter County Board of Education.

      Since we are in the process of redistricting based on the 2010 decennial census for the Sumter County School Board and the Sumter County Board of Commissioners, we would request expedited consideration of this request as authorized by your regulations.

      Thank you for your consideration of this request. If you need me to provide you with answers to any questions you might have, please feel free to give me a call.

                        Very truly yours,

                        James M. Skipper, Jr.

JMSjr:bml
Enclosures

cc:    Mr. Sam Olens, Attorney General, State of Georgia
       Ms. Linda Ford, Director, Secretary of State Elections Division
       Dr. Roy Brooks, Superintendent, Sumter County Board of Education

**RESOLUTION**
**OF THE BOARD OF EDUCATION OF SUMTER COUNTY, GEORGIA,**
**REQUESTING THE LOCAL LEGISLATIVE DELEGATION FOR SUMTER COUNTY**
**TO INTRODUCE LOCAL LEGISLATION**
**PROVIDING FOR A REDUCTION IN THE NUMBER OF MEMBERS**
**ELECTED TO THE SUMTER COUNTY SCHOOL BOARD;**
**TO PROVIDE FOR REDISTRICTING OF THE DISTRICTS**
**OF THE SCHOOL BOARD MEMBERS TO REFLECT SUCH REDUCTION;**
**TO PROVIDE FOR AN EFFECTIVE DATE;**
**TO PROVIDE FOR REPEAL OF CONFLICTING RESOLUTIONS;**
**AND FOR OTHER PURPOSES**

WHEREAS, the Georgia General Assembly adopted House Bill 1309 (Act No. 469) during the 2002 Session of the Georgia General Assembly; and

WHEREAS, such Act provided for the election of nine (9) members of the Sumter County Board of Education by district; and

WHEREAS, the legislation, upon its adoption, was pre-cleared under Section 5 of the 1965 Voting Rights Act, as amended, and is still in effect as of the date of this Resolution; and

WHEREAS, a majority of the members of the Board of Education deem it appropriate to reduce the size of the Board from nine (9) elected members to seven (7) elected members; and

WHEREAS, the Board deems it appropriate, in order to avoid voter confusion, to provide that five (5) of the members of the Board of Education shall be selected from districts which are geographically identical to the five (5) election districts for the Sumter County Board of Commissioners, and that two (2) of the members of the Board of Education be elected from at-large districts; and

EXHIBIT

A

WHEREAS, the results of the 2010 decennial census are not yet available, and it is anticipated that such census will not be available until after the 2011 Legislative Session of the Georgia General Assembly; and

WHEREAS, the changes sought by a majority of the members of the Sumter County Board of Education in adopting this Resolution must be approved by the Georgia General Assembly, signed into law by the Governor as local legislation, and then pre-cleared by the United States Justice Department under Section 5 of the 1965 Voting Rights Act, as amended.

NOW, THEREFORE, BE IT RESOLVED by a majority of the members of the Board of Education of Sumter County, Georgia, and it is hereby resolved by authority of the same, as follows:

1.      That the Sumter County Board of Education hereby approves, by a vote of __9__ to __0__, reducing the number of elected members on the Board of Education from nine (9) members to seven (7) members, based upon recommendations from the Southern Association of Colleges and Schools received by the Board.

2.      That School Board Election District 1, School Board Election District 2, School Board Election District 3, School Board Election District 4, and School Board Election District 5 shall be established so that such School Board Districts are geographically identical to Sumter County Board of Commissioner Election District 1, Sumter County Board of Commissioner Election District 2, Sumter County Board of Commissioner Election  District 3, Sumter County Board of Commissioner Election District 4, and Sumter County Board of Commissioner Election District 5, said Sumter County Board of Commissioner Election Districts having been previously approved by the Georgia General Assembly and pre-cleared by the United States Department of Justice under Section 5 of the Voting Rights Act of 1965, as amended.

PAGE 2

**043809**

3.    That School Board Election District 6 shall be an at-large District encompassing the entire geographic area of Sumter County, Georgia.

4.    That School Board Election District 7 shall be an at-large District encompassing the entire geographic area of Sumter County, Georgia.

5.    That the term of office of each person elected as a member of the Sumter County Board of Education shall be four (4) years, with the initial terms of office for members of the School Board under the terms of the local legislation to be adopted hereunder being staggered so that all offices are not elected at the same time.   To the extent possible without terminating any Board member's terms prior to the expiration thereof, beginning with the general election to be held in 2012, the election for School Districts 1,2,3,4, and 5 shall be held in the same year as its Sumter County Board of Commissioners District numerical counterpart. The elections for School Board Districts 6 and 7 shall be held at such times as will be provided by the local legislation adopted to carry out the purposes and intent of this Resolution.

6.    That no provision of this Resolution, or any Act of the General Assembly adopted pursuant to this Resolution, shall result in or be construed to reduce or shorten the term of office of any member of the Sumter County Board of Education presently holding office.

7.    That the Sumter County Board of Education hereby requests that the legislative delegation to the General Assembly representing Sumter County have drafted and introduced, during the upcoming 2011 Session of the Georgia General Assembly commencing on January 10, 2010, legislation as more particularly set out in this Resolution for adoption by the General Assembly and signing by the Governor in the manner required for local legislation in the Georgia General Assembly.

8.    That the Sumter County Board of Education further agrees to request that

043810

local legislation be introduced during subsequent Sessions of the Georgia General Assembly based upon the 2010 decennial census; provided, however, that such local legislation shall provide that School Board Election District 1, School Board Election District 2, School Board Election District 3, School Board Election District 4, and School Board Election District 5 shall continue to be configured geographically identical to the Sumter County Board of Commissioner Election District 1, Sumter County Board of Commissioner Election District 2, Sumter County Board of Commissioner Election District 3, Sumter County Board of Commissioner Election District 4, and Sumter County Board of Commissioner Election District 5 as the same will be based upon the 2010 decennial census.

9.     That, upon approval of said local legislation by the Georgia General Assembly and the Governor, the attorney for the Sumter County Board of Education shall submit such legislation to the United States Department of Justice for pre-clearance under Section 5 of the Voting Rights Act of 1965, as amended.

SO RESOLVED, effective this ___*9th*___ day of ___*December*___, 20 *10* .

**Sumter County Board of Education**

By: ___*Michael Busman*___

**Michael Busman, Chairman**

Attest: ___*Roy Brooks*___

**Roy Brooks,**
Superintendent/Secretary

11                                                                    LC 14 0415

Senate Bill 154
By: Senator Hooks of the 14th

**AS PASSED**

A BILL TO BE ENTITLED
AN ACT

1   To revise and restate the law relating to the Sumter County board of education and school
2   superintendent; to provide for a change in the number of members of the board and the
3   districts from which they are elected; to provide for eligibility, manner of election, and filling
4   of vacancies; to provide for a chairperson and vice chairperson; to provide for compensation;
5   to provide for appointment of the school superintendent; to provide for submission of this
6   Act for preclearance under the Voting Rights Act; to repeal a specific former Act and Acts
7   amendatory thereto; to provide for related matters; to repeal conflicting laws; and for other
8   purposes.

9           BE IT ENACTED BY THE GENERAL ASSEMBLY OF GEORGIA:

10                                  **SECTION 1.**
11  The purpose of this Act is to revise and restate the law relating to the Sumter County board
12  of education and school superintendent. Provisions relating to the school superintendent and
13  the compensation of members of the board of education are restated from prior law without
14  substantial change. The number of members of the board of education will be reduced from
15  nine at the current time to seven for the year 2015 and future years. Over a phased schedule
16  five members will be elected from the same districts from which members of the Sumter
17  County board of commissioners are elected and according to the same schedule and two
18  members of the board will be elected from Sumter County at large.

19                                  **SECTION 2.**
20  (a) The members of the Sumter County board of education in office on the effective date of
21  this Act shall serve out the remainder of the terms for which they were elected, such terms
22  expiring according to the following schedule:
23      (1) The four current members representing Districts 1, 2, 4, and 6 are serving for terms
24      expiring at the end of 2012; and

S. B. 154
- 1 -

**043812**



25   (2) The five members representing Districts 3, 5, 7, 8, and 9 are serving for terms expiring

26   at the end of 2014.

27   (b) In the event of any vacancy in the term of office of one of the current board members

28   referred to in this section, such vacancy shall be filled for the remainder of the unexpired

29   terms in the manner provided by the law in effect prior to this Act.


30                                   **SECTION 3.**

31   (a) Each Sumter County Commissioner District provided for in an Act to created a board of

32   commissioners of Roads and Revenues in the Counties of Floyd, Berrien, Effingham, Schley,

33   Sumter, and Greene, approved December 13, 1871 (Ga. L. 1871, p. 665), as amended,

34   particularly by an Act approved February 25, 1993 (Ga. L. 1993, p. 3831) shall also

35   constitute a Sumter County School Board District. The five school board districts shall be

36   numbered one to five in the same manner as the five commissioner districts.

37   (b) At the general election in 2012 and quadrennially thereafter a total of four members of

38   the board of education shall be elected as follows: three members elected from School Board

39   Districts 1, 3, and 5 for terms of four years and one member shall be elected from Sumter

40   County at large for a term of four years, leaving the size of the school board at nine members

41   for the years 2013 and 2014. A quorum of the board shall be five members until January 1,

42   2015.

43   (c) At the general election in 2014 and quadrennially thereafter a total of three members of

44   the board of education shall be elected as follows: two members elected from School Board

45   Districts 2 and 4 and one member elected from Sumter County at large, leaving the size of

46   the school board at seven members for the year 2015 and all future years. A quorum of the

47   board shall be four members on and after January 1, 2015.

48   (d) The reference to county commissioner districts in this Act shall specifically incorporate

49   any future changes in such county commissioner districts for so long as the Sumter County

50   commission continues to be elected from five single member districts, with any changes in

51   the county commissioner districts taking effect for the board of education at the same

52   election at which they take effect for the board of commissioners. If at any time the Sumter

53   County commission ceases to be elected from five single member districts, the most recent

54   such districts shall remain in effect for election of the board of education until otherwise

55   provided by law.


56                                   **SECTION 4.**

57   (a) No person shall be a member of the board of education if he or she is ineligible for such

58   office pursuant to the provisions of Code Sections 20-2-51 or 45-2-1 or any other provision

59   contained in the O.C.G.A.

043813

11                                                                              LC 14 0415

60   (b)  In order to be elected as a member of the board from a commissioner district, a person
61   must have resided in that district for at least six months prior to the date such person qualifies
62   as a candidate for election from such district and must receive a majority of the votes cast for
63   that office in that district only and not at large.  Only electors who are residents of that
64   district may vote for a member of the board from that district.  At the time of qualifying for
65   election as a member of the board from a district, each candidate for such office shall specify
66   the district for which that person is a candidate.  A person elected as a member of the board
67   from a district must continue to reside in that district during that person's term of office or
68   that office shall thereupon become vacant.


69                                             **SECTION 5.**
70   In the event a vacancy occurs in the membership of the board of education for any reason,
71   such vacancy shall be filled as follows:
72   (1)  If the vacancy occurs more than 90 days prior to the date of a general election
73   preceding the general election at which a successor would be elected to a new full term of
74   office, then such vacancy shall be filled for the unexpired term of office at a special
75   election to be held on the same date as said general election preceding the general election
76   at which a successor would be elected to a new full term of office; and in this case the
77   remaining members of the board of education shall, by majority vote, select a qualified
78   person to fill the vacancy until the person elected at such special election takes office; and
79   (2)  If the vacancy does not occur more than 90 days prior to the date of a general election
80   preceding the general election at which a successor would be elected for a new full term
81   of office, then the remaining members of the board of education shall, by majority vote,
82   select a qualified person to serve for the remainder of the unexpired term.  The individual
83   so selected must meet the residency requirements as specified in subsection (b) of this
84   section.


85                                             **SECTION 6.**
86   Members of the board of education shall be elected in nonpartisan elections as authorized by
87   Code Section 21-2-139 of the O.C.G.A.


88                                             **SECTION 7.**
89   At the first meeting of the board of education in January of each year, the board shall elect
90   a chairperson and a vice chairperson, each of whom shall be eligible to succeed himself or
91   herself.

**043814**

11                                                        LC 14 0415

**SECTION 8.**

92
93  Each member of the board of education shall be compensated in the amount of $200.00 per
94  month.  In addition, each member of the board shall be entitled to reimbursement for actual
95  expenses necessarily incurred in connection with travel outside of the county on official
96  business of the board of education, including, but not limited to, attending training sessions
97  or state-wide meetings; provided, however, that such travel is authorized by a majority vote
98  of the members of the board of education prior thereto. All expenses shall be approved and
99  verified prior to reimbursement in such manner as may be specified by the board.  Each
100 board member shall be entitled to participate in any school district group insurance plan to
101 the extent authorized in Code Section 20-2-55 of the O.C.G.A.

**SECTION 9.**

102
103 The board shall appoint a superintendent of the Sumter County School System as provided
104 by Code Section 20-2-101 of the O.C.G.A.  The superintendent shall possess the
105 qualifications prescribed by the laws of this state for county school superintendents and shall
106 be compensated in an amount to be determined by the board.  The present superintendent
107 shall remain in office until his or her successor is appointed.

**SECTION 10.**

108
109 The Sumter County board of education shall through its legal counsel cause this Act to be
110 submitted for preclearance under the federal Voting Rights Act of 1965, as amended; and
111 such submission shall be made to the United States Department of Justice or filed with the
112 appropriate court no later than 90 days after the date on which this Act is approved by the
113 Governor or otherwise becomes law without such approval.

**SECTION 11.**

114
115 An Act relating to the Sumter County board of education and school superintendent,
116 approved February 29, 1968 (Ga. L. 1968, p. 3065), as amended, and the several Acts
117 amendatory thereto are repealed in their entirety.

**SECTION 12.**

118
119 All laws and parts of laws in conflict with this Act are repealed.

**043815**

01/28;02/04.11.18/11
gpn07

Holloway,

46
, GA 31709
/-4551
.086
;28;02/04.11/11
.18

## NOTICE

### PROBATE COURT OF SUMTER COUNTY

RE: PETITION OF Robert F. Flanders TO PROBATE IN SOLEMN FORM THE WILL OF **DOROTHY C. TIMMONS** DECEASED, UPON WHICH AN ORDER FOR SERVICE WAS GRANTED BY THIS COURT ON January 14, 2011.

TO: ALL UNKNOWN HEIRS all interested partied and all and singular the heirs of said decedent, and to whom it may concern:

This is to notify you to file objection, if there is any, to the above referenced petition, in this Court on or before February 14, 2011.

BE NOTIFIED FURTHER: All objections to the petition must be in writing, setting forth the grounds of any such objections. All pleadings/objections must be signed before a notary public or before a probate court court clerk, and filing fees must be tendered with your pleadings/objections. Contact probate court personnel at the following address/telephone number for the required amount of filing fees. if any objections are filed, a hearing will be scheduled at a later date. If no objections are filed, the petition may be granted without a hearing.

/s/JUDY REEVES
PROBATE JUDGE

By /s/ Marianna S. Holloway
CLERK OF THE PROBATE COURT

P.O. Box 246
ADDRESS

Americus, GA 31709

(229) 924-4551
TELEPHONE NUMBER

23561973
01/21;28;02/04,11/11

## Estate Notices

gpn07

### NOTICE TO DEBTORS AND CREDITORS

GEORGIA, SUMTER COUNTY.

All creditors of the estate of **WILLIAM S. HEYS** deceased, late of Sumter County, Georgia are hereby notified to render in their demands to the undersigned according to law, and all persons indebted to said estate are required to make immediate payment to me.

This 20th day of January, 2011.

EVELYN P. HEYS
Executrix of the Estate of
WILLIAM S. HEYS, Deceased

---

### NOTICE TO DEBTORS & CREDITORS

STATE OF GEORGIA
COUNTY OF SUMTER

IN RE: Estate of JOHN CARL MORRIS, SR., deceased.

All creditors of the estate of John Carl Morris, Sr., deceased, late of Sumter County are hereby notified to render their demands to the undersigned, according to law, and all persons indebted to said estate are required to make immediate payment to me.

This 12th day of January, 2011.

/s/ Shelley Jan Woods Morris,
Executrix
212 Sharon Drive
Americus, GA 31709
23561960
01/14,21,28;02/04/11

gpn18

IN THE PROBATE COURT OF SUMTER COUNTY, GEORGIA

### NOTICE TO CREDITORS

Notice is hereby given pursuant to O.C.G.A. § 53-7-41, that any and all creditors of the estate of the late Robert Allen Norris should tender said claims immediately and any and all persons indebted to said estate are required to make immediate payment. Claims and payments should be made to the executor, Nell Marie Norris Ireland, by and through the Attorney of record who is J. Michael Greene P.O. Box 1907, Americus, Georgia, 31709.

This the 12th day of January, 2011

Nell Marie Norris Ireland,
Executor

Prepared by:

J. Michael Greene
Attorney at Law
PO Box 1907
Americus, GA 31709
23561972
01/21,28;02/04,11/11

gpn07

### NOTICE TO DEBTORS AND CREDITORS

All persons having claims against the Estate of **JEANNE DILLARD YARBROUGH** are hereby notified to render demand upon the undersigned as provided by law and all persons indebted to JEANNE DILLARD YARBROUGH are hereby required to make immediate payment to the undersigned.

This 21st day of January, 2011.

C. DAVID SNIPES, as Executor of the Estate of JEANNE DILLARD YARBROUGH Deceased

9078 Travelers Way

Midland GA 31820
Bradley R. Coppedge
HATCHER STUBBS LAND
HOLLIS & ROTHSCHILD, LLP
P. O. Box 2707
Columbus, Georgia 31902-2707
23562270
02/04,11,18,25/11

---

UNDERSIGNED WHO IS ON OATH
DEPOSES AND SAYS THAT

COLAM ENTERPRISES, INC.
403 North Lee Street Americus
GA 31709

IS DOING BUSINESS IN SUMTER COUNT, GEORGIA UNDER THE NAME OF:

TRADENAME:
The Archery Institute
403 North Lee Street
Americus, GA 31709

And that the nature of the business to be carried on at such address is
Education Instruction

/s/ Milton Raven
(signature of person making declaration
23562060
01/28,02/04/11

## Miscellaneous Notices

gpn14

### NOTICE OF INTENTION TO INTRODUCE LOCAL LEGISLATION

Notice is given that there will be introduced at the regular 2011 session of the General Assembly of Georgia a bill to revise and restate the law relating to the Sumter County board of education and school superintendent; to provide for a change in the number of members of the board and the districts from which they are elected; to provide for eligibility, manner of election, and filling of vacancies; to provide for a chairperson and vice chairperson; to provide for compensation; to provide for appointment of the school superintendent; to provide for submission of this Act for preclearance under the Voting Rights Act; to repeal a specific former Act and Acts amendatory thereto; to provide for related matters; to repeal conflicting laws; and for other purposes.

Sumter County Board of Education
23562243
02/04/11

## Bids

gpn17

Smith's Mini Storage
1113 Southerfield Road
Americus, Georgia 31709

Notice of default of storage units located at smith's Mini Storage, 1113 Southerfield road.

The following storage units will be sold for non payment of monthly fees. The sale will be held on Wednesday February 16, 2011 at 10:00 A.M. all items in the unit will be sold to the highest bidder.

Cheryl Whitehead Unit-A-17 Living room and bedroom furniture and misc. Items

Dorothy Jackson Unit A-2 Furniture, toys and misc. items.

Willie James Harris Unit A-10 Dryer. Freezer, household and misc items

Jessica Wilcher Unit C-9 speakers and misc. items. 23562323 02/04,11/11

**EXHIBIT**

C

043816



SUMTER COUNTY
SCHOOLS

## SUMTER COUNTY BOARD OF EDUCATION

**District 1**    **Carolyn Whitehead (B/F)**
(b)(7)(C)
**Leslie, GA 31764**
(b)(7)(C)

**District 6**    **Michael Mock (W/M)**
(b)(7)(C)
**Americus, GA 31719**
(b)(7)(C)

**District 2**    **Meda Krenson (W/F)**
(b)(7)(C)
**Americus, GA 31709**
(b)(7)(C)

**District 7**    * **Vacant**
    * Member resigned on 7/31/11
     and no successor has been
     appointed or elected as
     of this date

**District 3**    **Kelvin Pless (B/M)**
(b)(7)(C)
**Americus, GA 31709**
(b)(7)(C)

**District 8**    **Edith Ann Green (B/F)**
(b)(7)(C)
**Americus, GA 31719**
(b)(7)(C)

**District 4**    **Willa Fitzpatrick (B/F)**
(b)(7)(C)
**Plains, GA 31780**
(b)(7)(C)

**District 9**    **Alice Green (B/F)**
(b)(7)(C)
**Americus, GA 31709**
(b)(7)(C)

**District 5**    **Michael Busman (W/M)**
(b)(7)(C)
**Americus, GA 31719**
(b)(7)(C)

SUPERINTENDENT:
    Dr. Roy Brooks
    Sumter County Board of Education
    (b)(7)(C)
    Americus, Georgia 31719
    (b)(7)(C)

EXHIBIT
D

SUMTER COUNTY BOARD OF EDUCATION – 100 LEARNING LANE – AMERICUS, GEORGIA 31719 – 229-931-8500
The Sumter County School System does not discriminate on the basis of race, color, national origin, sex, age or handicap in any educational program/activities or in employment practices.

043817

**Visit ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877)
to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qual ify for the Letter rate, UPS Express Envelopes may only contain
  correspondence, urgent documents, and/or electronic media, and must
  weigh 8 oz. or less. UPS Express Envelopes
  those listed or weighing more than 8 oz.

**International Shipments**
- The UPS Express Envelope may be used
  value. Certain countries consider electro
  ups.com/exportprepare to verify if your sh
- To qualify for the Letter rate, the UPS Expr
  UPS Express Envelopes weighing more th

This envelope is for use
with the following services:



(b)(7)(C)

229-924-5316

GATEWOOD, SKIPPER, AND RAMBO

410 W LAMAR ST

AMERICUS          GA 31709-3473

**Decision Green℠**
Decision Green is UPS's enviro
our pursuit of sustainable busir
For example, this envelope is r
material and is both reusable a

♻ 100% Recycled fiber
   80% Post-Consumer

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

04019551Z  01/10  UL United Parcel Service, Louisville, KY



Use. Reuse. Then Recycle.