

**SUMMARY OF TURNOUT DATA - TURNOUT BY RACE IN SELECT SUMTER COUNTY ELECTIONS**

| Election | Black TO | Black TO % | White TO | White TO % | Other TO | Other TO % | TOTAL TO |
|---|---|---|---|---|---|---|---|
| 5/24/16 | 2,095 | 36.5% | 3,550 | 61.8% | 102 | 1.8% | 5,747 |
| 7/22/14 | 1,181 | 38.1% | 1,866 | 60.3% | 49 | 1.6% | 3,096 |
| 5/20/14 | 1,697 | 39.1% | 2,584 | 59.5% | 61 | 1.4% | 4,342 |
| 11/2/10 | 3,504 | 41.7% | 4,755 | 56.6% | 140 | 1.7% | 8,399 |
| 11/4/08 | 5,382 | 43.9% | 6,622 | 54.0% | 260 | 2.1% | 12,264 |
| 11/7/06 | 2,250 | 32.0% | 4,701 | 66.8% | 90 | 1.3% | 7,041 |
| 11/2/04 | 4,418 | 38.8% | 6,750 | 59.3% | 214 | 1.9% | 11,382 |
| 11/5/02 | 2,538 | 33.8% | 4,896 | 65.3% | 67 | 0.9% | 7,501 |
| 11/7/00 | 3,265 | 34.6% | 6,057 | 64.2% | 107 | 1.1% | 9,429 |
| 11/3/98 | 2,567 | 34.4% | 4,827 | 64.7% | 62 | 0.8% | 7,456 |
| 11/5/96 | 2,863 | 33.8% | 5,534 | 65.3% | 80 | 0.9% | 8,477 |

Source: Plaintiff's Ex. 32