# SUMTER COUNTY BOARD OF EDUCATION

## REGULAR MEETING

### DECEMBER 9, 2010

The regular meeting of the Sumter County Board of Education was called to order by Vice Chairman, Michael Mock and the following other members were present:  Willa Fitzpatrick, Doug Goodin, Alice Green, Edith Green, Meda Krenson, Donna Minich and Carolyn Whitehead. (The Chairman, Michael Busman, entered the meeting during the Superintendent's Report.)

A moment of silent reflection was observed.

A motion was made by Mr. Goodin; second by Mr. Mock to approve the agenda; motion carried unanimously.

A motion was made by Mrs. Minich; second by Mr. Goodin to approve the consent agenda including the minutes of November 11, 2010.

The following fund raiser, facility use request and overnight field trip requests were unanimously approved on a motion by Mr. Goodin; second by Ms. A. Green:

**FUND RAISER**
Civinettes/Relay for Life to sell certificates for portraits December 2010 – January 30, 2011.

**FACILITY USE REQUEST**
Kimble Hawkins to use SCPS gym December 18, 2010 for a wedding reception.

**OVERNIGHT FIELD TRIP REQUESTS**
1. Thirty students (Early College) to Atlanta, March 18-20, 2011 for a senior class trip.

2. Eighty students (ASCHS Band) to Panama City, Florida, April 14-17, 2011 to perform in the Festival of Champions.

## BOARD COMMITTEE RECOMMENDATIONS

FINANCE COMMITTEE
The accounts payables for November 2010 along with the following preliminary cash flow report were unanimously approved as recommended by the committee:

### Preliminary Cash Flow Report

|  | Balance on October 31, 2010 | Incoming | Outgoing | Balance on November 30, 2010 |
|---|---|---|---|---|
| Citizen's Bank- (General Fund) | $1,381,957.69 | $5,770,146.22 | $4,600,094.61 | $2,552,009.30 |
| Citizen's Bank- Construction 2007 | $7,687.51 | $-0- | $933.25 | $6,754.26 |

A resolution to approve the ESPLOST renewal was unanimously adopted as recommended by the committee.

PERSONNEL COMMITTEE
The following personnel matters were unanimously approved upon recommendation by the committee:

Retirement:
George Dean, Instructor/Coach, ASCHS-S, effective; 11/30/2010

Resignations:
Haley Hendrickson, Special Education Instructor, SCP, effective; 12/15/2010
Clifford Thomas, Jr., Custodian, ASCHS-S, effective; 10/22/2010
Monica Kearse, CTAE Coordinator, ASCHS-S, effective; 01/03/2011
Christopher Fiertner, Construction Technology Instructor, ASCHS-S, effective, 12/03/2010

**DEFENDANT TX 011 - Page 001**

Page 2 Con't Minutes of December 9, 2010

**Employment:**
Ladonna Perkins, Language Arts Instructor, Staley Middle, effective; 1/4/2011
Kaley Campbell, Special Education Instructor, Sumter Primary, effective; 1/4/2011
Rita Ingram, Long Term Sub, Sarah Cobb, effective; 01/04/2011-02/04/2011
Emma Bennett, Office Paraprofessional, SCE, effective; 11/15/2010
Kimberly Hudson, Custodian, SCE, effective; 11/15/2010

**Medical Leave:**
Lorie Wainwright, 3rd Grade Instructor/Sarah Cobb, maternity leave,
effective; 01/04/2011-02/04/2011

## POLICY COMMITTEE
Policy BH – Board Code of Ethics and Policy BHA - Conflict of Interest were placed on the table as recommended by the committee.

A motion was made by Ms. E. Green; second by Mrs. Fitzpatrick to place Policy JGF(2) - Seclusion & Restraint of Students on the table; motion carried unanimously.

## PROPERTY COMMITTEE
A contract with Parrish Construction Company for construction management and needs assessment services was unanimously approved as recommended by the committee.

## NEW BUSINESS
A motion was made by Mr. Goodin; second by Mrs. Krenson to approve a resolution to introduce local legislation providing for a reduction in the number of board members; motion carried unanimously.

There being no further business, the meeting was unanimously adjourned at 7:32 p.m. on motion by Mr. Goodin; second by Ms. A. Green.

_____
Chairman

_____
Superintendent

**DEFENDANT TX 011 - Page 002**

**RESOLUTION
OF THE BOARD OF EDUCATION OF SUMTER COUNTY, GEORGIA,
REQUESTING THE LOCAL LEGISLATIVE DELEGATION FOR SUMTER COUNTY
TO INTRODUCE LOCAL LEGISLATION
PROVIDING FOR A REDUCTION IN THE NUMBER OF MEMBERS
ELECTED TO THE SUMTER COUNTY SCHOOL BOARD;
TO PROVIDE FOR REDISTRICTING OF THE DISTRICTS
OF THE SCHOOL BOARD MEMBERS TO REFLECT SUCH REDUCTION;
TO PROVIDE FOR AN EFFECTIVE DATE;
TO PROVIDE FOR REPEAL OF CONFLICTING RESOLUTIONS;
AND FOR OTHER PURPOSES**

WHEREAS, the Georgia General Assembly adopted House Bill 1309 (Act No. 469) during the 2002 Session of the Georgia General Assembly; and

WHEREAS, such Act provided for the election of nine (9) members of the Sumter County Board of Education by district; and

WHEREAS, the legislation, upon its adoption, was pre-cleared under Section 5 of the 1965 Voting Rights Act, as amended, and is still in effect as of the date of this Resolution; and

WHEREAS, a majority of the members of the Board of Education deem it appropriate to reduce the size of the Board from nine (9) elected members to seven (7) elected members; and

WHEREAS, the Board deems it appropriate, in order to avoid voter confusion, to provide that five (5) of the members of the Board of Education shall be selected from districts which are geographically identical to the five (5) election districts for the Sumter County Board of Commissioners, and that two (2) of the members of the Board of Education be elected from at-large districts; and

PAGE 1

WHEREAS, the results of the 2010 decennial census are not yet available, and it is anticipated that such census will not be available until after the 2011 Legislative Session of the Georgia General Assembly; and

WHEREAS, the changes sought by a majority of the members of the Sumter County Board of Education in adopting this Resolution must be approved by the Georgia General Assembly, signed into law by the Governor as local legislation, and then pre-cleared by the United States Justice Department under Section 5 of the 1965 Voting Rights Act, as amended.

NOW, THEREFORE, BE IT RESOLVED by a majority of the members of the Board of Education of Sumter County, Georgia, and it is hereby resolved by authority of the same, as follows:

1.    That the Sumter County Board of Education hereby approves, by a vote of _____ to _____, reducing the number of elected members on the Board of Education from nine (9) members to seven (7) members, based upon recommendations from the Southern Association of Colleges and Schools received by the Board.

2.    That School Board Election District 1, School Board Election District 2, School Board Election District 3, School Board Election District 4, and School Board Election District 5 shall be established so that such School Board Districts are geographically identical  to Sumter County Board of Commissioner Election District 1, Sumter County Board of Commissioner Election District 2, Sumter County Board of Commissioner Election  District 3, Sumter County Board of Commissioner Election District 4, and Sumter County Board of Commissioner Election District 5, said Sumter County Board of Commissioner Election Districts having been previously approved by the Georgia General Assembly and pre-cleared by the United States Department of Justice under Section 5 of the Voting Rights Act of 1965, as amended.

**DEFENDANT TX 011 – Page 004**

3.      That School Board Election District 6 shall be an at-large District encompassing the entire geographic area of Sumter County, Georgia.

4.      That School Board Election District 7 shall be an at-large District encompassing the entire geographic area of Sumter County, Georgia.

5.      That the term of office of each person elected as a member of the Sumter County Board of Education shall be four (4) years, with the initial terms of office for members of the School Board under the terms of the local legislation to be adopted hereunder being staggered so that all offices are not elected at the same time.   To the extent possible without terminating any Board member's terms prior to the expiration thereof, beginning with the general election to be held in 2012, the election for School Districts 1,2,3,4, and 5 shall be held in the same year as its Sumter County Board of Commissioners District numerical counterpart.  The elections for School Board Districts 6 and 7 shall be held at such times as will be provided by the local legislation adopted to carry out the purposes and intent of this Resolution.

6.      That no provision of this Resolution, or any Act of the General Assembly adopted pursuant to this Resolution, shall result in or be construed to reduce or shorten the term of office of any member of the Sumter County Board of Education presently holding office.

7.      That the Sumter County Board of Education hereby requests that the legislative delegation to the General Assembly representing Sumter County have drafted and introduced, during the upcoming 2011 Session of the Georgia General Assembly commencing on January 10, 2010, legislation as more particularly set out in this Resolution for adoption by the General Assembly and signing by the Governor in the manner required for local legislation in the Georgia General Assembly.

8.      That the Sumter County Board of Education further agrees to request that

DEFENDANT TX 011 – Page 005

local legislation be introduced during subsequent Sessions of the Georgia General Assembly based upon the 2010 decennial census; provided, however, that such local legislation shall provide that School Board Election District 1, School Board Election District 2, School Board Election District 3, School Board Election District 4, and School Board Election District 5 shall continue to be configured geographically identical to the Sumter County Board of Commissioner Election District 1, Sumter County Board of Commissioner Election District 2, Sumter County Board of Commissioner Election District 3, Sumter County Board of Commissioner Election District 4, and Sumter County Board of Commissioner Election District 5 as the same will be based upon the 2010 decennial census.

9. That, upon approval of said local legislation by the Georgia General Assembly and the Governor, the attorney for the Sumter County Board of Education shall submit such legislation to the United States Department of Justice for pre-clearance under Section 5 of the Voting Rights Act of 1965, as amended.

SO RESOLVED, effective this ____9th____ day of ___December___, 20_10_.

**Sumter County Board of Education**

By: _Michael Busman_

**Michael Busman,** Chairman

Attest: _Roy Brooks_

**Roy Brooks,**
Superintendent/Secretary

DEFENDANT TX 011 – Page 006

A RESOLUTION OF THE SUMTER COUNTY BOARD OF EDUCATION CONTINUING A ONE PERCENT SALES AND USE TAX FOR EDUCATION AS AUTHORIZED BY ARTICLE VIII, SECTION VI, PARAGRAPH IV OF THE CONSTITUTION OF GEORGIA AND TITLE 48, CHAPTER 8, ARTICLE 3 OF THE OFFICIAL CODE OF GEORGIA ANNOTATED; SPECIFYING THE MAXIMUM PERIOD OF TIME FOR WHICH SUCH TAX MAY BE IMPOSED; SPECIFYING THE MAXIMUM COST OF THE CAPITAL OUTLAY PROJECTS TO BE FUNDED FROM THE PROCEEDS OF THE TAX; AUTHORIZING THE ISSUANCE OF CERTAIN GENERAL OBLIGATION DEBT SECURED BY THE PROCEEDS OF SUCH TAX; SPECIFYING THE PRINCIPAL AMOUNT OF SUCH GENERAL OBLIGATION DEBT TO BE ISSUED; SPECIFYING THE PURPOSE FOR WHICH SUCH GENERAL OBLIGATION DEBT IS TO BE ISSUED; SPECIFYING THE MAXIMUM INTEREST RATE OR RATES OF INTEREST THAT SUCH GENERAL OBLIGATION DEBT MAY BEAR; SPECIFYING THE PRINCIPAL AMOUNT TO BE PAID IN EACH YEAR DURING THE LIFE OF SUCH GENERAL OBLIGATION DEBT; REQUESTING THE SUMTER COUNTY BOARD OF ELECTIONS AND REGISTRATION, AS ELECTION SUPERINTENDENT, CALL AN ELECTION OF THE VOTERS OF THE SUMTER COUNTY SCHOOL DISTRICT TO APPROVE THE IMPOSITION OF THE TAX AND THE ISSUANCE OF SUCH GENERAL OBLIGATION DEBT; APPROVING THE FORM OF BALLOT TO BE USED IN SUCH ELECTION; AND FOR OTHER PURPOSES.

*WHEREAS*, Article VIII, Section VI, Paragraph IV of the Constitution of Georgia and Title 48, Chapter 8, Article 3 of the Official Code of Georgia Annotated, as amended (the "Act"), authorize the imposition of a one percent (1%) sales and use tax for education for the purposes, inter alia, of financing certain school capital outlay projects and retiring existing general obligation debt; and

*WHEREAS*, the Special 1% Tax currently being collected in Sumter County (the "County") began on July 1, 2007, which tax the Sumter County Board of Education (the "Board of Education") anticipates will cease to be collected on June 30, 2012; and

*WHEREAS*, the Board of Education, the managing and controlling body of the Sumter County School District (the "School District"), has determined it is in the best interest of the citizens of the School District that the sales and use tax for educational purposes currently in effect in the County (the "Special 1% Tax") continue to be imposed, the boundaries of which comprise the School District, for the purposes described in this resolution beginning upon the expiration of the Special 1% Tax presently in effect; and

*WHEREAS*, the Board of Education recognizes that in order to acquire, construct, and equip the capital outlay projects described in this resolution as soon as possible, it may be necessary for the School District to issue general obligation debt in a maximum aggregate principal amount not to exceed $15,365,000 (the "Debt"); and

*WHEREAS*, the Board of Education has determined and does hereby declare that during each year in which any payment of principal or interest on the Debt will come due, the School District will receive from the sales and use tax proceeds or from capitalized interest on the general obligation indebtedness authorized by this resolution, net proceeds sufficient to fully

**DEFENDANT TX 011 - Page 007**