IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MATHIS KEARSE WRIGHT, JR., : | |
| : | |
| Plaintiff, : | |
| : | CASE NO.: 1:14-CV-42 (WLS) |
| v. : | |
| : | |
| SUMTER COUNTY BOARD OF : | |
| ELECTIONS AND : | |
| REGISTRATION, : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER

Before the Court is a Joint Motion for an Extension. (Doc. 255.) Therein, both Parties ask the Court for a one-week extension to (1) confer and submit the names of three persons whom the Parties agree are qualified to serve as a special master to assist the court in drawing remedial districts, (2) indicate whether there is any ground for their disqualification, and (3) provide their opinion on whether Gina Wright and her Office could be appointed to redraw the districts in this case. For the reasons asserted by the Parties, the Joint Motion (Doc. 255) is **GRANTED**. The Parties shall provide the aforementioned information no later than **Wednesday, July 24, 2019**.

All other deadlines in the Court's prior Order (Doc. 254) remain.

**SO ORDERED**, this 17th day of July 2019.

                                                   /s/ W. Louis Sands
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**