IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MATHIS KEARSE WRIGHT, JR., | * |
| Plaintiff, | * |
| v. | Case No.1:14-CV-42(WLS) |
| | * |
| SUMTER COUNTY BOARD OF ELECTIONS AND REGISTRATION, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's order dated January 29, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff and the Special Master shall recover the costs of this action.

This 29th day of January, 2020.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk