IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MATHIS KEARSE WRIGHT, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:14-cv-42 (WLS) |
| | ) |
| SUMTER COUNTY BOARD OF | ) |
| ELECTIONS AND REGISTRATION, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

Notice is given that the Sumter County Board of Elections and Registration, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's judgment of dismissal, *see* ECF No. 278, and all orders merged with that judgment, including without limitation the Court's order regarding liability, *see* ECF No. 198, and the order requiring the County to implement a new redistricting plan, *see* ECF No. 277.

Date:   January 30, 2020                    Respectfully submitted by:

<div style="margin-left: 40%;">

s/ Katherine L. McKnight
E. Mark Braden (pro hac vice)
Katherine L. McKnight (pro hac vice)
Richard B. Raile (pro hac vice)
BAKER HOSTETLER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
(202) 861-1500

s/ Kimberly A. Reid
Kimberly A. Reid
Georgia Bar No. 596699
kimberly.reid@lawsonreidlaw.com
LAWSON & REID, LLC
901 East 17th Avenue
P.O. Box 5005
Cordele, Georgia   31010
(229) 271-9323 (telephone)
(229) 271-9324 (fax)

ATTORNEYS FOR DEFENDANT SUMTER
COUNTY BOARD OF ELECTIONS AND
REGISTRATION

</div>

CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this case.

Dated this 30th day of January 2020.

<div style="text-align: right;">

/s/     Katherine L. McKnight
E. Mark Braden (pro hac vice)
Katherine L. McKnight (pro hac vice)
Richard B. Raile (pro hac vice)
BAKER HOSTETLER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
(202) 861-1500

</div>