IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MATHIS KEARSE WRIGHT, JR., | * |
| Plaintiff, | * |
| v. | Case No. 1:14-CV-42(WLS) |
| | * |
| SUMTER COUNTY BOARD OF ELECTIONS AND REGISTRATION , | * |
| Defendant. | * |

## AMENDED J U D G M E N T

Pursuant to this Court's Order dated January 29, 2020 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff. Plaintiff shall also recover costs of this action.

This 31st day of January, 2020.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk