Filed at _____ 4:41 P M
_____ 2/19 , 20 20
BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MATHIS KEARSE WRIGHT, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUMTER COUNTY BOARD OF )<br>ELECTIONS AND REGISTRATION, )<br>)<br>Defendant. )<br>_____ ) | CASE NO.: 1:14-cv-42 (WLS) |

## PLAINTIFF'S MOTION FOR AN EXTENSION

Plaintiff Mathis Kearse Wright, Jr. respectfully moves for an extension of the deadline for filing his motion for attorneys' fees and expenses, and his bill of costs, until 14 days after this Court resolves the pending motion for reconsideration (ECF 287) and determines whether to correct a technical error that the Court identified in its remedial plan (ECF 288). The current deadline is February 26. (ECF 286.)

Until all motions are finally resolved, the amount of the plaintiff's attorneys' fees and expenses is a moving target. This Court has ordered the parties to state their position on correcting the remedial plan by February 25 (ECF 288), and that alone makes filing a motion for fees and expenses on February 26 impractical. It would be in the interests of judicial economy for the plaintiff to include as many of his district-court fees and expenses as possible in one motion rather than having to seek additional fees in dribs and drabs through supplemental motions.

1

This short delay will prejudice no one. Wright's counsel asked the County's counsel last Friday morning whether their client would oppose this motion, and the County's counsel has not yet responded as of Wednesday morning.

Accordingly, Wright asks this Court to extend his fee-motion deadline and his bill-of-costs deadline until 14 days after this Court resolves the pending motion for reconsideration and determines whether to correct a technical error that the Court identified in its remedial plan.

SO ORDERED this 19th day of February, 2019.

/s/ W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court

Date: February 19, 2020

Respectfully submitted by:

/s/ Bryan L. Sells
BRYAN L. SELLS
Georgia Bar #635562
The Law Office of Bryan L. Sells, LLC.
P.O. Box 5493
Atlanta, GA   31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

DALE E. HO
M. LAUGHLIN McDONALD
American Civil Liberties Union
   Foundation, Inc.
125 Broad Street, 18th Floor
Tel: (212) 284-7332
dho@aclu.org
lmcdonald@aclu.org

AKLIMA KHONDOKER
Georgia Bar No.: 410345
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA
P.O. Box 77208 77208
Atlanta, Georgia 33057
(770) 303-8111
akhondoker@acluga.org

ATTORNEYS FOR PLAINTIFF
MATHIS KEARSE WRIGHT, JR.

CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing PLAINTIFF'S MOTION FOR AN EXTENSION with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

E. Mark Braden
mbraden@bakerlaw.com

Katherine L. McKnight
kmcknight@bakerlaw.com

Richard B. Raile
rraile@bakerlaw.com

Kimberly A Reid
kimberly.reid@lawsonreidlaw.com

Trevor Stanley
tstanley@bakerlaw.com

Dated this 19th day of February, 2020.

/s/ Bryan L. Sells
BRYAN L. SELLS
Georgia Bar #635562
P.O. Box 5493
Atlanta, GA  31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

4