# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

April 7, 2020

Katherine L. McKnight
direct dial: 202.861.1618
kmcknight@bakerlaw.com

**VIA ECF**

The Honorable Louis Sands
United States District Court
for the Middle District of Georgia
201 West Broad Avenue
Albany, Georgia 31701

Re:   Case No. 1:14-cv-42, *Wright v. Sumter County Board of Elections and Registration*

Dear Judge Sands:

    We are thinking of Albany and Dougherty County as their residents cope with an unusually high level of outbreak of COVID-19. We hope that you and the Court staff and your families are safe and healthy.

    We write to ask this Court to enter an order resolving Plaintiff's Rule 59 motion. *See* ECF No. 287. The Eleventh Circuit's order of March 3, filed on this Court's docket at ECF No. 300, signals that Sumter County's Eleventh Circuit appeal is suspended until this Court resolves of Plaintiff's Rule 59 motion. This confirms Plaintiff's position that this Court has jurisdiction to resolve the Rule 59 motion. *See* ECF No. 293 at 2–3. Although the County respectfully submits that Plaintiff's Rule 59 motion should be denied on the merits (but that the Court should correct the error it identified in the remedial plan's district numbering), it agrees with Plaintiff's position that the Court has jurisdiction to resolve the motion, and the Eleventh Circuit's recent order resolves that matter.

    Plaintiff's motion is now ripe for resolution. The County filed its response brief on February 25, ECF No. 295, and the governing local rules provides that "[t]here shall be no reply brief" on motions for reconsideration. M.D. Ga. L.R. 7.6. The County

April 7, 2020
Page 2

respectfully requests that the Court proceed to resolve the motion at its earliest convenience, so that proceedings can proceed promptly in the Eleventh Circuit.

Sincerely,

*/s/  Katherine L. McKnight*

Katherine L. McKnight