IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MATHIS KEARSE WRIGHT, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUMTER COUNTY BOARD OF ) <br> ELECTIONS AND REGISTRATION, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: 1:14-cv-42 (WLS) |

**SECOND AMENDED NOTICE OF APPEAL**

Notice is given that the Sumter County Board of Elections and Registration (the "Board"), Defendant in the above-named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's judgment of dismissal, *see* ECF No. 278, amended judgment in favor of the Plaintiff, *see* ECF No. 280, and all orders merged with or related to those judgments—before or after—including without limitation the Court's order regarding liability, *see* ECF No. 198, the order requiring the County to implement a new redistricting plan, *see* ECF No. 277, and the order granting Plaintiff's motion to amend the judgment, *see* ECF No. 303.

The County hereby amends it notices of appeal filed on January 30, 2020, *see* ECF No. 279, April 11, 2018, *see* ECF No. 207, and August 21, 2018, *see* ECF No. 240, to include this Court's judgment of dismissal, *see* ECF No. 278, its amended judgment issued on January 31, 2020, *see* ECF No. 280, and its order of April 8, 2020, granting Plaintiffs' motion to amend the judgment, *see* ECF No. 303.

Date:   April 9, 2020                                          Respectfully submitted by:

s/ Katherine L. McKnight
E. Mark Braden (pro hac vice)
Katherine L. McKnight (pro hac vice)
Richard B. Raile (pro hac vice)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 861-1500

s/ Kimberly A. Reid
Kimberly A. Reid
Georgia Bar No. 596699
kimberly.reid@lawsonreidlaw.com
LAWSON & REID, LLC
901 East 17th Avenue
P.O. Box 5005
Cordele, Georgia   31010
(229) 271-9323 (telephone)
(229) 271-9324 (fax)

ATTORNEYS FOR DEFENDANT SUMTER
COUNTY BOARD OF ELECTIONS AND
REGISTRATION

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this case.

Dated this 9th day of April 2020.

/s/     Katherine L. McKnight
E. Mark Braden (pro hac vice)
Katherine L. McKnight (pro hac vice)
Richard B. Raile (pro hac vice)
BAKER HOSTETLER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
(202) 861-1500