# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 09, 2020

Clerk - Middle District of Georgia
U.S. District Court
201 W BROAD AVE
ALBANY, GA 31701

Appeal Number: 18-11510-HH   ; 18-13510 -HH   ; 20-10394 -HH
Case Style: Mathis Wright, Jr. v. Sumter Co. Board of Elections
District Court Docket No: 1:14-cv-00042-WLS

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

---

Nos. 18-11510 ; 18-13510 ; 20-10394

---

District Court Docket No.
1:14-cv-00042-WLS

MATHIS KEARSE WRIGHT, JR.,

                    Plaintiff - Appellee,

versus

SUMTER COUNTY BOARD OF ELECTIONS AND REGISTRATION,

                    Defendant - Appellant.

---

Appeals from the United States District Court for the
Middle District of Georgia

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 27, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna H. Clark